TIMOTHY McMAHON, Respondent, *v.* THE DELAWARE, LACKA-
WANNA AND WESTERN RAILROAD COMPANY, Appellant.

*McMahon* v. *Delaware, L. & W. R. R. Co.*, 119 App. Div. 927, affirmed.
(Argued May 25, 1908; decided June 9, 1908.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the third judicial department, entered May
18, 1907, affirming a judgment in favor of plaintiff entered
upon a verdict and an order denying a motion for a new trial
in an action to recover for personal injuries alleged to have
been received through defendant's negligence.

*Frederick Collin* for appellant.

*Thomas E. Courtney* for respondent.

Judgment affirmed, with costs ; no opinion.
Concur : CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER,
WILLARD BARTLETT and CHASE, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.*
FRED STACY, Appellant.

*People* v. *Stacy*, 119 App. Div. 743, affirmed.
(Argued May 26, 1908; decided June 9, 1908.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the third judicial department, entered May
17, 1907, which affirmed a judgment of the Franklin County
Court rendered upon a verdict convicting the defendant of the
crime of manslaughter in the first degree.

*Charles A. Burke* for appellant.

*John W. Genaway* for respondent.

Judgment of conviction affirmed ; no opinion.
Concur : CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER,
WILLARD BARTLETT and CHASE, JJ.